143 So. 471

## Thos. H. VAUGHN et al. v. Belle WHITESIDE.

### 6 Div. 193.

Supreme Court of Alabama.
June 30, 1932.

Rehearing Denied Oct. 13, 1932.

Theodore J. Lamar, of Birmingham, for petitioners.

G. R. Hubbard, of Birmingham, for respondent.

GARDNER, J.

Petition of Thomas H. Vaughn and Vaughn Realty Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Vaughn v. Whiteside, 143 So. 470.

Writ denied.

ANDERSON, C. J., and BOULDIN and KNIGHT, JJ., concur.